# UNITED STATED DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

     Plaintiff,

v.

AAA CRANE, INC., a California corporation; THOMAS POWNING; and Does 1-10,

     Defendants

_____/

CASE NO.  2:15-cv-02211-TLN-KJN

**ORDER ON STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**

     The Court, having received and considered the Stipulation of the parties to extend time to answer complaint, ORDERS:

     1.    The Defendants' time within which to answer Plaintiff's complaint is extended to and including January 4, 2016 to permit Defendants' time to complete inspection of the real property that is the subject of the complaint by their consultant and to complete negotiations with Plaintiff for the early settlement of this matter.

     IT IS SO ORDERED

Dated:  November 19, 2015

                            _____

                            Troy L. Nunley
                            United States District Judge

Johnson v. AAA Crane, Inc., et al.
Order on Stipulation to Extend Time to Answer

1