# UNITED STATED DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>AAA CRANE, INC., a California corporation; THOMAS POWNING; and Does 1-10,<br><br>    Defendants<br>_____ / | CASE NO. 2:15-cv-02211-TLN-KJN<br><br>ORDER ON STIPULATION TO FURTHER EXTEND TIME TO ANSWER COMPLAINT |

   The Court, having received and considered the Stipulation of the parties to further extend time to answer complaint, ORDERS:

   1.   The Defendants' time within which to answer Plaintiff's complaint is extended to, and including, January 18, 2016, to permit defendant time to complete corrective work and to permit the parties time to pursue potential settlement.

   IT IS SO ORDERED

Dated:  December 22, 2015

_____
Troy L. Nunley
United States District Judge

Johnson v. AAA Crane, Inc., et al.
Order on Stipulation to Further Extend Time to Answer

1